25 So.2d 703

### John Peter MOSS v. STATE.

#### 4 Div. 401.

Supreme Court of Alabama.

April 11, 1946.

J. N. Mullins, of Dothan, for petitioner.

Wm. N. McQueen, Atty. Gen., and MacDonald Gallion, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of John Peter Moss for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Moss v. State, 25 So. 2d 700.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.